AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF  Massachusetts

UNITED STATES OF AMERICA

V.

Charles Carrington
80 Woodbole Ave., #164
Mattapan, MA

## WARRANT FOR ARREST

CASE NUMBER: 05M-1044-JGD

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ———— Charles Carrington
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Bank Robbery

in violation of
Title ———— 18 ———— United States Code, Section(s)  2113(a)

Judith G. Dein
Name of Issuing Officer

Judith Gay Dein
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

2/18/05  Boston, MA
Date and Location

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 FEB 18 P 12: 04

Bail fixed at $ ————  by ————
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  USMS Pickup Roxbury | | |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON  2/18/05 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.